Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

United States Courts
Southern District of Texas
FILED

MAR 1 0 2021

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

for the

District of

Division

Case No. 4:21-cv-791
*(to be filled in by the Clerk's Office)*

| | |
|---|---|
| Kermit C. Woods | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) |
| -v- | ) ) |
| | ) ) |
| U.S. Department of Justice Federal Bureau of Prisons and GEO Transport | ) ) |
| *Defendant(s)* | ) ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) |

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kermit C Woods |
| Street Address | 9938 Opal Rock Dr |
| City and County | Rosharon |
| State and Zip Code | Texas 77583 |
| Telephone Number | 832-232-1667 |
| E-mail Address | xander41@live.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | U.S. Department of Justice Federal Bureau of Prisons |
| Job or Title *(if known)* | |
| Street Address | U.S. Armed forces Reserve Complex 344 Marine Forces Drive |
| City and County | Grand Prarie |
| State and Zip Code | Texas 75051 |
| Telephone Number | 9723524500 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | GEO Transport GEO Group |
| Job or Title *(if known)* | |
| Street Address | 830 Pinehill rd |
| City and County | Jena |
| State and Zip Code | La. 71342 |
| Telephone Number | 5619997415 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    Kermit C. Woods                        , is a citizen of the State of *(name)*    Texas                        .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*                                        , is incorporated under the laws of the State of *(name)*                                        ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant,  *(name)*                                        , is a citizen of the State of *(name)*                                        . Or is a citizen of

*(foreign nation)*                                        .

2.    If the defendant is a corporation

The defendant,  *(name)*    U.S. Federal Bureau of Prisons                , is incorporated under the laws of the State of *(name)*    Texas                        , and has its principal place of business in the State of *(name)*    Texas                        .

Or is incorporated under the laws of *(foreign nation)*                                        ,

and has its principal place of business in *(name)*                                        .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)*        06/13/2018    , at *(place)*    1200 Texas Ave Houston Tx. 77002                                            ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Due to Negligence of the GEO Transport and the Federal Detention Center of Houston , I was left in a van for 15 minutes without AC, as the temperature reached 170 degrees inside of the van. During this time I suffered from affixation and a small heat stroke as well. To this day i still suffer from shortness of breathe , and need an inhaler, and I also suffer from post traumatic stress disorder from this extraordinary event.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

As a result of negligence of the employees of GEO Transport and the Federal Detention Center of Houston, I was injured severly physically and emotionally. As a result of these injuries it will make it impossible for me to return to my former occupation, resulting in both loss of income and future earning capacity.

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

$400,000.00 for estimated lifetime Post traumatic stress disorder.
1,6000,000.00 for earning potentional loss and damged

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     03/10 2021

Signature of Plaintiff     *Kermit C. Wood*

Printed Name of Plaintiff     *Kermit C. Woods*

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

3/10/2021
Case 4:21-cv-00791    Document 1    Filed 03/10/21 in TXSD    Page 7 of 13
Mail - Black lives matter - Outlook



**Rehema Interventions,**
*Consultation and Counseling Services*

May 20, 2020

Progress Report: **Kermit Woods**
Presenting Problem: **Post Traumatic Stress Disorder, Depressive Disorder, and Anxiety Disorder.**

The psychotherapy report for Kermit performed by this counselor on May 20th, 2020, indicating the traumatic experiences he has endured in his life.

**Presenting Problem:**
Kermit presented with symptoms of depression, anxiety, and post-traumatic disorder. He said that he continues to experience feelings of sadness, worry, worthlessness, hopelessness, nightmares, flashbacks, and insomnia. Kermit said that he was born and raised in the south and witnessed a lot of racial discrimination. He witnessed some of his friends and peers lose their lives, massive arrests, and harassment at the hands of law enforcement officers. Kermit said that his recent incarceration exacerbated these experiences and started having severe panic attacks, and increased anxiety. He narrated the extreme cruelty he endured at the hands of detention officers while being transported to court in June 2018. He said that he was left in a locked van for hours and experienced shortness of breath, feelings of suffocation, and thought he was going to die. This caused extreme anxiety anytime he thought of being transported to court in a van. This experience has affected his mental health and his ability to function effectively.

**CLINICAL FINDINGS**
The counselor administered the Major Depressive Inventory, an instrument developed by the World Health Organization, and the patient's scores were consistent with depression. Posttraumatic Stress Diagnostic Scale scores as per DSM V were consistent with the diagnosis of Posttraumatic Stress Disorder, Major depressive disorder, and Generalized anxiety. The patient has undergone traumatization, has suffered past life experiences and recent trauma during his incarceration. The patient's diagnosis is consistent with the diagnostic criteria for trauma.

**Diagnostic Impressions.**

| | |
|---|---|
| Axis I | 309.81 F43.10: Post Traumatic Stress Disorder |
| | 296.23 F32.20: Major Depressive Disorder, Severe |
| | 300.20 F41.11: Generalized Anxiety Disorder |
| Axis II | Deferred |
| Axis III | Deferred |
| Axis IV | Deferred |

**Recommendations:**

The patient is encouraged to attend mental health counseling to help improve his ability to function well. Also, the patient is encouraged to consult with a psychiatrist or his PCP to prescribe some psychotropic medications to reduce his symptoms. Cognitive Behavioral Therapy, Exposure Therapy, and Eye Movement Desensitization and Reprocessing (EMDR) are recommended. This will help lower depression, anxiety, and PTSD symptoms related to trauma growing up in the south and his recent trauma experiences while incarcerated.

**Estimated Cost of Care.**

PTSD, Depression, and Anxiety may require lifetime treatment & care. His mental health treatment is estimated to about 400,000 dollars to achieve stability in daily functioning. If you have any questions regarding Kermit, please contact me at 623-755-368
Thank you.

*Mercy Warigia, Ed.D BH., LAC*

Counselor/Psychotherapist
License no: LAC-17135
Rehema Interventions, Consultation & Counseling Services.
Email: warigia73@yahoo.com
Tel. 623-755-3689.

EXIBIT B



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

U.S. Armed Forces Reserve Complex
344 Marine Forces Drive
Grand Prairie, Texas 75051

CERTIFIED MAIL # 7018 1830 0001 9498 8205

MAILED: September 11, 2020

Mr. Woods, Kermit
Reg. 97583-279
RRM San Antonio
Residential Reentry Office
727 East Cesar E. Chavez blv
Suite B-138
San Antonio, TX 78206

Re:     Administrative Tort Claim No. TRT-SCR-2020-05374

Mr. Woods:

Your claim has been considered for administrative settlement under the Federal Tort Claims Act, Title 28 U.S.C. § 2672 et seq., and authority granted by 28 C.F.R. § 0.172. You claim government liability in the amount of $2,000,000.00 for personal injury.

Section 2672 of the Federal Tort Claims Act delegates to each federal agency the authority to consider, determine, and settle any claim for money damages against the United States for loss of personal property or injury caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment.

In support of your claim, you state that you were transported to FDC Houston by GEO and upon arrival, you were left in the transport bus for approximately 15 minutes without air conditioning. You allege that you were subjected to heat in excess of 170 degrees for that period of time and as a result, you suffered from asphyxiation and heat stroke. You also claim that as a result of the alleged incident, you now suffer from shortness of breath and post-traumatic stress disorder (PTSD).

*wrong DA*

An investigation into your claim revealed that you arrived at FDC Houston on April 4, 2018. Interviews and investigative findings were unable to produce evidence substantiating that your safety was put in jeopardy due to being kept in a transport bus for an inordinate amount of time.

Woods, Kermit; Reg. No. 97583-279
TRT-SCR-2020-05374
Page 2

Following your arrival at FDC Houston, you were assessed by Health Services during a clinical encounter on May 8, 2018, during which time you did not report shortness of breath. On July 23, 2018, you were again evaluated by Health Services during sick call, and you complained that you were experiencing shortness of breath and breathing problems. Your reported symptoms were noted and referred to the PA for further review. You continued to receive regular access to medical care and on September 4, 2018, clinical encounter notes state that a cause for your reported shortness of breath could not be identified. Subsequent tests and consultations were ordered by Health Services which ruled out a heart condition as the cause of your reported breathing symptoms; however, a cause of your shortness of breath could not be identified. You continued to receive regular access to medical care and on May 18, 2020, you transferred from FDC Houston.

Be advised that, pursuant to 28 C.F.R. § 14.4(b), in support of a claim for personal injury, a claimant may be required to provide medical records detailing the nature and extent of injury or "any other evidence or information which may have bearing on either the responsibility of the United States for the personal injury or the damages claimed." In your administrative claim, you allege to have suffered from asphyxiation and a heat stroke. However, a review of your BEMR medical records failed to provide any evidence to substantiate a cause for your alleged symptoms or that said symptoms were resultant from heat exposure. Furthermore, there is no evidence to substantiate that you were exposed to harm by being kept in a transport bus for an inordinate amount of time. Accordingly, there is no evidence to establish that you experienced an injury due to a negligent act or omission of a Federal Bureau of Prisons employee acting within the scope of his or her office or employment, your claim is denied.

You are advised that if you are dissatisfied with our determination in this matter, you are afforded six (6) months from the date of the mailing of this communication within which to bring suit in the appropriate United States District Court.

Sincerely,

Jason A. Sickler
Regional Counsel

cc:  H. Kobayashi, Warden

EXIBIT (C)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| U.S. Dept Department of Justice | Kermit Woods 4938 Opal Rock Dr. Rosharon TX. 77583 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☑ CIVILIAN | 09/06/76 | Married | June 13, 2018 | 4 p.m |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Due to negligence of the Geo transport and the FDC of Houston, I was left in a van at 1200 Texas Ave, Houston TX. 77002 on the Date and time stated above for 15 minutes without AC, as the temperature Reached 170 Degrees. During this time I suffered from affixation and a small Heat stroke As well. To this day I still suffer from shortness of Breath, and I Also suffer from post traumatic stress disorder.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT. As a result of negligence of employees of Geo transport and FDC Houston I was injured severly physically and emotionally. As A Result of these injuries it will make it impossible for me to Return to my former occupation, Resulting in Both loss of income and loss of future earning capacity.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Jamiere coleman | 4504 Lauder Rd. Houston Tx. 77039 |
| Cray Bell | 12220 Wild C Houston TX. 77039 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | $2,000,000.00 | not applicable | $2,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Kermit Woods | 832-232-1667 | 06-03-20 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

EXIBIT (D)

SCR/HOU
97583-279

**Received**

JAN 2 8 2019

FOIA/PA Section
Federal Bureau of Prisons

9938 Opal Rock Dr
Rosharon TX
77583
November 13th, 2018

Freedom of Information Act/Privacy Act Selection
Office of General Counsel, Room 841
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C 20534

Dear Sir or Madam,

 In compliance with the freedom of Information Act, please provide me with a copy of your June
13, 2018 video depicting me inmate, Kermit C. Woods inmate number 97583-279 between the
hours of 4pm and 5pm inside the garage of the Federal Detention Center Houston. Please send
it to the address 9938 OPAL ROCK DR ROSHARON TX 77583.

Thank you.

EXIBIT (E)



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_South Central Regional Office_
_U.S. Armed Forces Reserve Complex_
_344 Marine Forces Drive_
_Grand Prairie, Texas 75051_

APR 09 2019

Kermit Woods
Register Number 97583-279
FDC Houston
P.O. Box 526255
Houston, TX  77052          Request Number: 2019-01891

Dear Kermit Woods:

This is in response to the above referenced Freedom of Information Act (FOIA) request.  The first page of your request is attached to this letter.

Bureau of Prisons staff thoroughly searched for the records you requested using the terms and search parameters referenced in your request.  However, we located no records responsive to your request.

In accordance with records management guidelines, the information you request no longer exists as the retention period has passed.

If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 320 First Street NW, Suite 936, Washington DC 20534.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Sonya Cole, for
Jason A. Sickler
Regional Counsel

SC/vm