United States District Court
Southern District of Texas
**ENTERED**
August 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KERMIT C. WOODS, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-cv-00791 |
| § | |
| U.S. DEPARTMENT OF JUSTICE § | |
| FEDERAL BUREAU OF § | |
| PRISONS, *et al.*, § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On July 12, 2022, Defendant GEO Transport's Motion for Summary Judgment (Dkt. 15) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 16. Judge Edison filed an Amended Memorandum and Recommendation on August 9, 2022, recommending the motion (Dkt. 15) be **GRANTED**. Dkt. 23. No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 23) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant GEO Transport's Motion for Summary Judgment (Dkt. 15) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 25th day of August 2022.

                                              GEORGE C. HANKS, JR.
                                          UNITED STATES DISTRICT JUDGE