UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KERMIT C. WOODS, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-cv-00791 |
| § | |
| U.S. DEPARTMENT OF JUSTICE § | |
| FEDERAL BUREAU OF § | |
| PRISONS, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On July 15, 2022, this case was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 18. Judge Edison filed a Memorandum and Recommendation on August 22, 2022, recommending that a Motion to Dismiss (Dkt. 24) filed by Defendant U.S. Department of Justice Bureau of Prisons ("BOP") be **GRANTED**. Dkt. 25. No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 25) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's claims against BOP are **DISMISSED**; and

(3) BOP's Motion to Dismiss (Dkt. 24) is **DENIED** as moot.

It is so **ORDERED**.

SIGNED and ENTERED this 16th day of September 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE